AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



FILED
JAN 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HIPOLITO MENDOZA-NAVA | WAIVER OF INDICTMENT<br><br><br>CASE NUMBER: 08CR182-L |

I, <u>HIPOLITO MENDOZA-NAVA</u>, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  1/24/08  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Mendoza_
Defendant

_Kay L Sunday_
Counsel for Defendant

Before _____
JUDICIAL OFFICER